**STATEMENT OF FACTS**

    In January 2020, the Metropolitan Police Department (MPD) began an investigation into a narcotics distribution network involving a suspected narcotics distributor later identified as Joseph Lee STROY Jr. (DOB: August 26, 1980, PDID: 530-751).  During the course of the investigation, pursuant to two search warrants issued by magistrate judge's of the U.S. District Court for the District of Columbia, MPD officers placed a tracking device on STROY's vehicle.  MPD officers conducted surveillance on STROY assisted by the use of the GPS tracking device.  On several occasions in March, 2020, your affiant observed STROY meeting with individuals for a short period of time in manner consistent with persons engaging in a narcotics transaction.  In particular, on March 3, 2020, using the GPS tracking device on STROY'S vehicle, your affiant observed meeting with various individuals in short, hand-to-hand transactions that, based on my training and experience were consistent with drug trafficking.  Law enforcement officers conducted a traffic stop on one of the individuals who met briefly with STROY that day.  The individual consented to a search of his vehicle, and officers recovered approximately four grams of suspected crack cocaine from the vehicle.

    On September 4th, 2020, Officers with the Narcotics and Special Investigations Division's (NSID) Violence Reduction Unit (VRU) in conjunction with the Drug Enforcement Agency (DEA) executed a D.C. Superior Court Search Warrant at STROY's residence, a one-bedroom apartment located at 1200 Perry Street Northeast Apartment #202, Washington, D.C.  Defendant STROY was found in the living room with a female companion.  Both STROY and his female companion were placed under arrest.

    In searching the apartment, officers found substantial evidence of drug trafficking.  In the living room, in ottomans, officers found two firearms, a Braztech revolver containing five (5) rounds of .357 magnum with one (1) cartridge bearing serial number YE300823 and a Taurus revolver containing five (5) rounds of .38 ammunition bearing serial number QG93864.  Both firearms appeared fully functional and capable of firing.  Also found in the living room was ammunition and a small amount of a white-rock substance that field tested positive for cocaine base.

    In the kitchen, approximately eight feet from the firearms found in the living room, officers twenty-four (24) digital scales, a plastic bag containing approximately 22 grams of a white-rock substance that field tested positive for cocaine base, a cooking pot with white residue, baking soda, bags commonly used to package narcotics, and razor blades.

    Officers also recovered at least seven cell phones and $2,160 in U.S. currency as well as mail addressed to STROY at the apartment being searched.  In total, approximately 101 grams of white rock substance (including a portion that was a powder substance) that field tested positive for cocaine base was recovered from the residence.

    The amount of crack cocaine recovered and the circumstances of its recovery, including the way it was packaged, the presence of narcotics packaging, scales, manufacturing paraphernalia, the presence of firearms close in proximity to the suspected narcotics, the currency recovered, and the prior surveillance of the STROY all indicate that the drugs recovered were possessed with the intent to distribute as opposed to being for personal use.  The recovery of the loaded firearms close to the narcotics, narcotics paraphernalia, and currency indicates that the firearms were possessed in furtherance of the drug trafficking offense, in particular to protect the value of the drugs and money possessed by the defendant.

Officer Mickey was present for the surveillance and search warrant described above.

_____
OFFICER SARAH MICKEY
METROPOLITAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5TH day of September, 2020.

_____
ROBIN MERIWEATHER,
U.S. MAGISTRATE JUDGE